**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DOMINGUEZ,<br><br>   Plaintiff,<br> vs.<br><br>NEO BROTHER, INC,<br><br>   Defendant.<br>_____ | Case No. CV 08-01924 DSF (JWJx)<br><br>**JUDGMENT** |

  This action came before the Honorable Dale S. Fischer, United States District Judge, on an application for default judgment and the following decision was reached:

  Damages and attorney's fees in the total amount of $15,895.20 are awarded in favor of Plaintiff Jorge Dominguez and against Defendant Neo Brother, Inc. Plaintiff shall recover costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

DATED: 12/15/08

By:_____
HON. DALE S. FISCHER
United States District Court Judge